Parker v. The State.

Filed April 18, 1889.

———◆———

No. 13,839.

## PARKER v. THE STATE.

CRIMINAL LAW.—*Assault and Battery.*—*Affidavit.*—*Sufficiency of.*—An affidavit charging that the defendant "did, in a rude, insolent, angry and unlawful manner, touch, beat and strike" the affiant, shows that the touching and striking were unlawful, and the pleading is not bad, although the word "unlawful" is not in the place usually assigned it.

From the LaGrange Circuit Court.

*O. L. Ballou, J. D. Ferrall* and *C. H. Hulburt*, for appellant.

*L. T. Michener*, Attorney General, and *J. H. Gillett*, for the State.

Kirkpatrick *v*. Taylor, Treasurer.

ELLIOTT, C. J.—The charging part of the affidavit on which the appellant was tried and convicted reads thus: " That the defendant, John W. Parker, at said county of La-Grange, in the State of Indiana, did, in a rude, insolent, angry and unlawful manner, touch, beat and strike him, the said George W. Wright." We perceive no substantial defect in this affidavit. The word " unlawful " is not in its usual and appropriate position, but, as it is in the affidavit, the fact that it is not in the position usually assigned it does not vitiate the pleading.

Appellant's counsel are in error in assuming that the affidavit fails to show that the touching and striking were unlawful.

Judgment affirmed.

Filed April 19, 1889.